

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00836-CV

Maryvel **SUDAY** and The Estate of Olga Tamez de Suday,
Appellants

v.

Jesus Lozano **SUDAY**,
Appellee

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3625CCL
Honorable Stephen B. Ables, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE
BRISSETTE

In accordance with this court's opinion of this date, the trial court's June 27, 2023 order is
AFFIRMED. Costs are taxed against Appellant.

SIGNED September 25, 2024.

_____
Lori Massey Brissette, Justice